PROB 12B
(4/00) Revised

# United States District Court
## for the
## DISTRICT OF MARYLAND

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 SEP 16 P 2:33

CLERK'S OFFICE
AT BALTIMORE
DEPUTY

Offender: Michael Showell  
Sentencing Judicial Officer: Herbert N. Maletz, U.S. District Judge  
Court Location: Baltimore, Maryland  
Original Offense: Conspiracy to Distribute Cocaine base, Commonly Called Crack, 21 U.S.C. & 846  
Original Sentence: 97 months Custody with 5 year(s) Supervised Release to follow  
Type of Supervision: TSR  
Date Supervision Commenced: 2/25/2005  

Case Number: MJG 970424  
Date of Original Sentence: 11/20/1998  
Date Supervision Expires: 2/24/2010  

## CAUSE

On October 03, 2005, the defendant's case was transferred for supervision to the District of Arizona. Since that time he has failed to cooperate with the United States Probation Office of that district (see attached). On December 13, 2007, the defendant was issued a citation by the Maricopa County, Arizona Police Department for Displaying a Fictitious Plate on a Vehicle. On January 08, 2008, he appeared in the Maricopa County Justice Courts, State of Arizona and was found guilty of the charge of Displaying a Fictitious Plate; he was ordered to pay a fine.

The United States Probation Office of Arizona ordered Mr. Showell to return to Baltimore, Maryland on March 21, 2008 as a result of his continued lack of compliance. On May 22, 2008, he was placed at the Volunteers of America for a period of 4 months to be released on September 22, 2008. However, on September 05, 2008 and September 06, 2008, the defendant was AWOL or late returning to Volunteers of America; and, he had an unauthorized electronic device (personal computer) on grounds of the facility. A disciplinary staffing took place at the half-way house on September 08, 2008, an additional placement was the recommendation of that meeting.

## PETITIONING THE COURT

[ ] To extend the term of supervision  
[X] to modify the conditions of supervision as follows:

1) The defendant shall reside at and satisfactorily participate in the program of a community corrections facility, half-way house, or similar facility as directed by the Bureau of Prisons, for a period of not to exceed four months. This placement is to begin upon the expiration of his current placement.

Respectfully Submitted By:  
David Heard, U.S. Probation Officer  
September 10, 2008  
Date

Reviewed and Approved By:  
Stephanie V., Supervisory U.S. Probation Officer  
9/11/08  
Date

## COURT ACTION

[✓] Agree with USPO action  
[ ] Disagree, Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Disagree, Submit a Request for Warrant or Summons  
[ ] Disagree, Other

/s/  
Marvin J. Garbis, U.S. District Judge  
September 16, 2008  
Date

Showell, Michael
Page 2

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## District of Maryland

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1) The defendant shall reside at and satisfactorily participate in the program of a community corrections facility, half-way house, or similar facility as directed by the Bureau of Prisons, for a period no to exceed four months. This placement is to begin upon the expiration of his current placement.

Witness: _____      Signed: _____
David Heard, U.S. Probation Officer         Michael Showell, Docket No. MJG 970424

9-11-2008
DATE